# Third District Court of Appeal

## State of Florida

Opinion filed February 26, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1289
Lower Tribunal No. F12-23766A
_____


**Idalberto Arias,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Idalberto Arias, in proper person.

James Uthmeier, Attorney General, and Yolande M. Samerson, Assistant Attorney General, for appellee.


Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Grant v. State, 770 So. 2d 655 (Fla. 2000).